**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MARQUEZ GREEN**   **PETITIONER**

**VS.**   **CIVIL ACTION NO. 3:17-cv-484-WHB-LRA**

**WILLIAM D. SOLLIE**   **RESPONDENT**

## OPINION AND ORDER

This cause is before the Court on the Report and Recommendation ("R and R") of United States Magistrate Judge Linda R. Anderson. After considering the R and R[1], the other pleadings in this case, as well as relevant authorities, the Court finds the R and R should be adopted in its entirety.

### I. Discussion

In 2016, Marquez Green ("Green") was charged with one count of murder, and two counts of possession of stolen property under Mississippi law. In 2017, during the time Green was being held as a pretrial detainee at the Lauderdale County Detention Facility in Meridian, Mississippi ("LCDF"), he filed a petition seeking habeas corpus relief under 28 U.S.C. § 2241. William D. Sollie, Warden at LCDF, moved to dismiss Green's Petition on the grounds that Green had not exhausted his administrative remedies.

The matter came before United States Magistrate Judge Linda R.

---

[1] The parties were required to file objections to the R and R on or before February 13, 2018. No objections were filed.

Anderson who entered a R and R recommending that Green's Petition be dismissed because (1) Green had not exhausted his administrative remedies and (2) the Court could not grant the relief requested by Green, that is the dismissal of all charges pending against him, under 28 U.S.C. § 2241.  See R and R [Docket No. 14].

The Court has reviewed the R and R, to which no objections were filed, as well as the Docket and other pleadings in this case. After review, the Court agrees that Green's Petition should be dismissed for the reasons stated by Judge Anderson.  Accordingly, the Court will adopt Judge Anderson's R and R recommending the dismissal of Green's Petition for habeas corpus relief.

For the foregoing reasons:

IT IS THEREFORE ORDERED that the January 30, 2018, Report and Recommendation of United States Magistrate Judge Linda R. Anderson [Docket No. 14], is hereby adopted as the ruling of this Court.

IT IS FURTHER ORDERED that the Motion of Respondent to Dismiss [Docket No. 13] is hereby granted.

A Final Judgment dismissing this case shall be entered this day.

SO ORDERED this the 6th day of March, 2018.


                                               s/ William H. Barbour, Jr.
                                               UNITED STATES DISTRICT JUDGE